IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0275-CG-B |
| **CHRISTOPHER K. RILEY,** | : |
| Defendant. | : |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objection filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that plaintiff's motion to change venue (Doc. 8) is **GRANTED**. It is further **ORDERED** that this action be transferred to the United States District Court for the Northern District of Florida, Pensacola Division pursuant to 28 U.S.C. § 1406(a) of the Federal Rules of Civil Procedure.

In light of the foregoing, the court finds that good cause exists to extend the time for service, which expired on August 17, 2012 under Rule 4(m) of the Federal Rules of Civil Procedure, to October 4, 2012.

**DONE and ORDERED** this 5th day of September, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE